# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO LOPEZ-SANCHEZ,<br>  aka "Luis Popoca-Cruz,"<br>  aka "Luis Sanchez,"<br>  aka "Alejandro Sanchez,"<br>  aka "Daniel A. Lopez-Escobar,"<br><br>  Defendant. | Case No. 2:22- mj-891-EJY<br><br>[Proposed] Order Directing Probation to Prepare a Criminal History Report |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 15 day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3