# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-891-EJY |
| Plaintiff, | [Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| ALEJANDRO LOPEZ-SANCHEZ, <br> aka "Luis Popoca-Cruz," <br> aka "Luis Sanchez," <br> aka "Alejandro Sanchez," <br> aka "Daniel A. Lopez-Escobar," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on November 28, 2022 at the hour of 4:00 p.m. be vacated and continued to January 30, 2023 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 15 day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE